| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ChinaCast Education Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  ChinaCast Communications Limited** <br> **FKA  ChinaCast Communications Holdings Limited** <br> **FKA  Great Wall Aquisition Corp.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0178991** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County | **Mailing address, if different from principal place of business** <br><br> **c/o Douglas Woodrum** <br> **5 Vista Real** <br> **Mill Valley, CA 94941** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **c/o Citibank, N.A.** <br> **153 East 53rd Street New York, NY 10022** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 1

Debtor  **ChinaCast Education Corporation**          Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **ChinaCast Education Corporation**  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ■ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **ChinaCast Education Corporation**                       Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 9, 2016**
               MM / DD / YYYY

X **/s/ Douglas Woodrum**                                  **Douglas Woodrum**
Signature of authorized representative of debtor            Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

X **/s/ Tracy L. Klestadt**                                Date **November 9, 2016**
Signature of attorney for debtor                                 MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 972-3000**       Email address   **tklestadt@klestadt.com**

**2089985**
Bar number and State

WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
CHINACAST EDUCATION CORPORATION

The undersigned, being all of the members of the Board of Directors (the "Board") of Chinacast Education Corporation (the "Company"), a corporation organized under the laws of the State of Delaware, do hereby consent, pursuant to section 141(f) of the Delaware General Corporation Law, to the taking of the following actions, and adopt by written consent the following resolutions with the same force and effect as if adopted at a duly constituted meeting of the Board:

WHEREAS, the Board has evaluated its options in connection with a possible restructuring and has determined that the filing of a voluntary petition (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of Company;

RESOLVED, that the Company be, and hereby is, authorized to file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Douglas Woodrum, as Chief Financial Officer of the Company, shall be, and hereby is authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents, in his discretion, that he deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form or forms as he may approve;

FURTHER RESOLVED, that Douglas Woodrum, as Chief Financial Officer of the Company, shall be, and is, authorized, directed and empowered to retain, on behalf of the Company: (a) Klestadt Winters Jureller Southard & Stevens, LLP as general bankruptcy counsel; (b) Reid Collins & Tsai LLP as special litigation counsel; and (c) such additional professionals and advisors as in his judgment may be necessary in

1

connection with the Company's chapter 11 case and other related matters, on such terms as he may approve;

FURTHER RESOLVED, that the firms set forth above and any additional professionals selected by the Chief Financial Officer, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by it under the Bankruptcy Code;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Chief Financial Officer, in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of the Company, do hereby execute this consent as of the date opposite of each signature.

| Date | Signature |
|---|---|
| 11/2/2016 | */s/ Ned Sherwood* <br> Ned Sherwood, Director |
| 11/6/2016 | */s/ Derek Feng* <br> Derek Feng, Director |
| 11/5/2016 | */s/ Steve Markscheid* <br> Steve Markscheid, Director |
| 11/5/2016 | */s/ Daniel Tseung* <br> Daniel Tseung, Director |
| 11/4/2016 | */s/ Douglas N. Woodrum* <br> Doug Woodrum, Director |

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Proposed Attorneys for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CHINACAST EDUCATION CORP., | Case No. 16-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (Rule 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ChinaCast Education Corporation in the above captioned action, certifies[1] that the following are corporation, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Holder | Type of Security | Percentage Ownership of Outstanding Shares |
|---|---|---|
| Columbia Pacific Advisors, LLC | Common Stock | 23% |
| Fir Tree Value Master Fund, LP | Common Stock | 11.1% |

---

[1] This certification is based upon information provided by the Debtor. As stated in the Declaration of Douglas Woodrum Pursuant to Local Bankruptcy Rules 1007-2 and 9077-1, the Debtor does not have current information as to the holders of all of the Debtor's common stock. There may be additional 10% holders of common stock. This certification is provided as required by Federal Rule of Bankruptcy Procedure with the caveat that it may be incomplete or incorrect.

Dated: New York, New York
November 9, 2016

    KLESTADT WINTERS JURELLER
    SOUTHARD & STEVENS, LLP

    By: /s/ Tracy L. Klestadt
        Tracy L. Klestadt
        Joseph C. Corneau
    200 West 41st Street, 17th Floor
    New York, New York 10036
    (212) 972-3000

*Proposed Attorneys for the Debtor and Debtor-in-Possession*

Fill in this information to identify the case:
Debtor name: **ChinaCast Education Corporation**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fried Frank Harris Shriver & Jacobson**<br>**One New York Plaza**<br>**New York, NY 10004** | | **Professional fees** | | | | **$5,996,483.00** |
| **Fir Tree Value Master Fund, LP**<br>**55 West 46th Street**<br>**29th Floor**<br>**New York, NY 10036** | | **2011 Proxy costs** | **Contingent** | | | **$1,500,000.00** |
| **Fir Tree Value Master Fund, LP**<br>**55 West 46th Street**<br>**29th Floor**<br>**New York, NY 10036** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$1,098,187.00** |
| **Ashford Capital Partners LP**<br>**1 Walker's Mill Road**<br>**Wilmington, DE 19807** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$584,608.00** |
| **Norton Rose Fulbright Hong Kong**<br>**1 Connaught Road**<br>**38/F Jardine House**<br>**Central Hong Kong** | | **Professional fees** | | | | **$500,000.00** |
| **Columbia Pacific Opportunity Fund LP**<br>**1910 Fairview Avenue E**<br>**Suite 200**<br>**Seattle, WA 98102** | | **CVR Priority Return December 2015** | **Contingent** | | | **$450,000.00** |

| Debtor | ChinaCast Education Corporation | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Columbia Pacific Opportunity Fund LP**<br>**1910 Fairview Avenue E**<br>**Suite 200**<br>**Seattle, WA 98102** | | **CVR Priority Return June 2016** | **Contingent** | | | **$450,000.00** |
| **Fir Tree Value Master Fund, LP**<br>**55 West 46th Street**<br>**29th Floor**<br>**New York, NY 10036** | | **CVR Priority Return June 2016** | **Contingent** | | | **$378,000.00** |
| **Columbia Pacific Opportunity Fund LP**<br>**1910 Fairview Avenue E**<br>**Suite 200**<br>**Seattle, WA 98102** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$356,667.00** |
| **MRMP Managers LLC**<br>**151 Terrapin Point**<br>**Vero Beach, FL 32963** | | **CVR Priority Return June 2016** | **Contingent** | | | **$300,000.00** |
| **Fir Tree Value Master Fund, LP**<br>**55 West 46th Street**<br>**29th Floor**<br>**New York, NY 10036** | | **CVR Priority Return December 2015** | **Contingent** | | | **$276,000.00** |
| **Special Situations Fund III QP LP**<br>**527 Madison Avenue**<br>**26th Floor**<br>**New York, NY 10022** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$272,000.00** |
| **Lake Union Capital Fund LP**<br>**714 3rd Street South**<br>**Kirkland, WA 98033** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$256,197.00** |
| **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | | **CVR Priority Return June 2016** | **Contingent** | | | **$225,000.00** |

| Debtor | **ChinaCast Education Corporation** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | | **CVR Priority Return December 2015** | **Contingent** | | | **$225,000.00** |
| **Anvil Investment Associates LP**<br>**1 Walker's Mill Road**<br>**Wilmington, DE 19807** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$213,333.00** |
| **Fir Tree Value Capital Opportunity Master Fund LP**<br>**55 West 46th Street, 29th Floor**<br>**New York, NY 10036** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$194,239.00** |
| **MRMP Managers LLC**<br>**151 Terrapin Point**<br>**Vero Beach, FL 32963** | | **CVR Priority Return December 2015** | **Contingent** | | | **$180,000.00** |
| **MRMP Managers LLC**<br>**151 Terrapin Point**<br>**Vero Beach, FL 32963** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$175,300.00** |
| **Special Situations Cayman Fund LP**<br>**527 Madison Avenue**<br>**26th Floor**<br>**New York, NY 10022** | | **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation** | | | | **$153,000.00** |

**Fill in this information to identify the case:**

Debtor name: **ChinaCast Education Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 9, 2016**        X **/s/ Douglas Woodrum**
                                         Signature of individual signing on behalf of debtor

                                         **Douglas Woodrum**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of New York

In re: **ChinaCast Education Corporation**

Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 9, 2016**

**/s/ Douglas Woodrum**
**Douglas Woodrum**/**Chief Financial Officer**
Signer/Title

```
ABBOTT STILLMAN
30 BIRCHALL DRIVE
SCARSDALE, NY 10583


ALAN COLNER
26 MEADOW ROAD
SCARSDALE, NY 10583


ALEJANDRO PUENTE
C/O THE ROSEN LAW FIRM PA
355 SOUTH GRAND AVENUE, SUITE 2450
LOS ANGELES, CA 90071


ALLEN DECOTIIS
19 CHESTNUT STREET
RHINEBECK, NY 12572


ANDREWS & SPRINGER LLC
3801 KENNETT PIKE
BUILDING C, SUITE 305
WILMINGTON, DE 19807


ANVIL INVESTMENT ASSOCIATES LP
1 WALKER'S MILL ROAD
WILMINGTON, DE 19807


ASHFORD CAPITAL PARTNERS LP
1 WALKER'S MILL ROAD
WILMINGTON, DE 19807


COLUMBIA PACIFIC OPPORTUNITY FUND LP
1910 FAIRVIEW AVENUE E
SUITE 200
SEATTLE, WA 98102


CONFIDENTIAL SECURITY & INVESTIGATIONS
1120 AVENUE OF THE AMERICAS
4TH FLOOR
NEW YORK, NY 10036


COSTA BRAVA PARTNERSHIP III LP
C/O POMERANTZ LLP, ATTN: MARC I. GROSS
600 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10016
```

```
COSTA BRAVA PARTNERSHIP III LP
C/O POMERANTZ LLP, JEREMY A. LIEBERMAN
600 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10016


COSTA BRAVA PARTNERSHIP III LP
C/O POMERANTZ LLP, PATRICK V DAHLSTROM
10 SOUTH LASALLE STREET,  SUITE 3505
CHICAGO, IL 60603


COSTA BRAVA PARTNERSHIP III LP
C/O THE ROSEN LAW FIRM, LAURENCE ROSEN
355 SOUTH GRAND AVENUE SUITE 2450
LOS ANGELES, CA 90071


COSTA BRAVA PARTNERSHIP III LP
C/O THE ROSEN LAW FIRM PA, PHILLIP KIM
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY 10016


DANIEL TSEUNG
303 HENNESSY ROAD
UNIT 903
WANCHAI, HONG KONG


DELAWARE DIVISION OF REVENUE
BANKRUPTCY SERVICE
820 N. FRENCH STREET, 8TH FLOOR
WILMINGTON, DE 19801


DEREK FENG
953 9TH STREET
MANHATTAN BEACH, CA 90266


DOUGLAS WOODRUM
5 VISTA REAL
MILL VALLEY, CA 94941


FIR TREE VALUE CAPITAL OPPORTUNITY
MASTER FUND LP
55 WEST 46TH STREET, 29TH FLOOR
NEW YORK, NY 10036
```

```
FIR TREE VALUE MASTER FUND, LP
55 WEST 46TH STREET
29TH FLOOR
NEW YORK, NY 10036


FRIED FRANK HARRIS SHRIVER & JACOBSON
ONE NEW YORK PLAZA
NEW YORK, NY 10004


HARKNESS TRUST
1 WALKER'S MILL ROAD
WILMINGTON, DE 19807


HOWARD BERL TRUST
53 WEST SHORE ROAD
BELVEDERE TIBURON, CA 94920


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101


JAYHAWK PRIVATE EQUITY FUND II LP
C/O POMERANTZ LLP, JEREMY A. LIEBERMAN
600 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10016


JAYHAWK PRIVATE EQUITY FUND II LP
THE ROSEN LAW FIRM PA, LAURENCE M. ROSEN
355 SOUTH GRAND AVENUE, SUITE 2450
LOS ANGELES, CA 90071


JAYHAWK PRIVATE EQUITY FUND II LP
C/O POMERANTZ LLP, MARC I. GROSS
600 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10016


JAYHAWK PRIVATE EQUITY FUND II LP
C/O POMERANTZ LLP, PATRICK V DAHLSTROM
10 SOUTH LASALLE STREET, SUITE 3505
CHICAGO, IL 60603


JAYHAWK PRIVATE EQUITY FUND II LP
C/O THE ROSEN LAW FIRM PA
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NY 10016
```

```
LAKE UNION CAPITAL FUND LP
714 3RD STREET SOUTH
KIRKLAND, WA 98033


LAKE UNION CAPITAL TE FUND LP
714 3RD STREET SOUTH
KIRKLAND, WA 98033


LOIS TARTER
2608 STRONGS DRIVE
VENICE, CA 90291


META-E DISCOVERY LLC
93 RIVER STREET
MILFORD, CT 06460


MICHAEL BERL
250 WEST 99TH STREET
APT. 1D
NEW YORK, NY 10025


MISCHON DE REYA
SUMMIT HOUSE
12 RED LION SQUARE
LONDON, ENGLAND WCIR 4QD


MRMP MANAGERS LLC
151 TERRAPIN POINT
VERO BEACH, FL 32963


NED SHERWOOD
151 TERRAPIN POINT
VERO BEACH, FL 32963


NORTON ROSE FULBRIGHT HONG KONG
 1 CONNAUGHT ROAD
38/F JARDINE HOUSE
CENTRAL HONG KONG


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201
```

```
NYS DEPT. OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205


OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET
WILMINGTON, DE 19801


PARCIFAL PARTNERS LLC (KEN RILANDER)
38 BRITE AVENUE
SCARSDALE, NY 10583


PARK FINANCIAL CORPORATION
JEFF SWANSON
4300 EAST FIFTH AVENUE
COLUMBUS, OH 43219


PETER KEANE
2100 CRESENT AVENUE
CHARLOTTE, NC 28207


RAJAH & TANN SINGAPORE LLP
9 BATTERY ROAD #25-01
STRAITS TRADING BUILDING
SINGAPORE, 049910


ROBINS KAPLAN LLP
601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022


SANFORD SCHWARTZ
5 REINAISSANCE SQUARE
APT. 22-G
WHITE PLAINS, NY 10601


SPECIAL SITUATIONS CAYMAN FUND LP
527 MADISON AVENUE
26TH FLOOR
NEW YORK, NY 10022
```

SPECIAL SITUATIONS FUND III QP LP
527 MADISON AVENUE
26TH FLOOR
NEW YORK, NY 10022


STAMPS FAMILY PARTNERSHIP III LP
3725 LEAFY WAY
MIAMI, FL 33133


STATE OF DELAWARE - DIVISION OF REVENUE
PO BOX 8763
WILMINGTON, DE 19899


STEPHEN MARKSCHEID
419 WASHINGTON AVENUE
WILMETTE, IL 60091


TANNER DEWITT SOLICITORS
 1806 TOWER TWO, LIPPO CENTRE
89 QUEENSWAY
CENTRAL HONG KONG


U.S. SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE, BROOKFIELD PL.
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281


UNITED STATES ATTORNEY'S OFFICE SDNY
TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007


UNITED STATES TRUSTEE'S OFFICE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


ZS EDU LP
151 TERRAPIN POINT
VERO BEACH, FL 32963