**Fill in this information to identify the case:**

Debtor name    **ChinaCast Education Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $            0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................    $    540,689,347.30

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $    540,689,347.30

| Part 2: | Summary of Liabilities |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $            0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $            0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    22,223,734.00

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b

    $    22,223,734.00

**Fill in this information to identify the case:**

Debtor name    **ChinaCast Education Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Citibank, N.A.**<br>**153 East 53rd Street**<br>**New York, NY 10022** | | 9199 | $86,360.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $86,360.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Undertaking deposited with The High Court of the Hong Kong Special Administrative Region Court of First Instance in the amount of HK$3,000,000** | $519,000.00 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $519,000.00 |
| --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **ChinaCast Education Corporation**                          Case number *(If known)* _____
_____
Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                    % of ownership | | |
| 15.1. | **100% interest in ChinaCast Education Holdings Ltd. (British Virgin Islands)** _____ % _____ | | **Unknown** |
| 15.2. | **100% interest in ChinaCast Communications Holdings Ltd. (Bermuda)** _____ % _____ | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **ChinaCast Education Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Default Judgment for breach of fiduciary duty against Ron Chan Tze Ngon, Jiang Xiangyuan, and Antonia Sena.** | $366,958,436.30 |
|   Nature of claim<br>  Amount requested          $366,958,436.30 | |
| **Chinacast Education Corporation v. Wu Cai Yu and Wu Ye**<br>**High Court of The Hong Kong Special Administrative Region Court of First Instance** | $4,000,000.00 |
|   Nature of claim<br>  Amount requested          $4,000,000.00 | |
| **Chinacast Education Corporation v. Tong Chi Kar Charles**<br>**High Court of The Hong Kong Special Administrative Region Court of First Instance** | $4,000,000.00 |
|   Nature of claim<br>  Amount requested          $4,000,000.00 | |

Debtor    **ChinaCast Education Corporation**                                          Case number *(If known)* _____
       Name

| | |
|---|---|
| **Chinacast Education Corporation v. DMX Technologies** **High Court of The Hong Kong Special Administrative** **Region Court of First Instance** | $4,000,000.00 |
| Nature of claim | |
| Amount requested      $4,000,000.00 | |
| **Chinacast Education Corporation v. Jim Ma** **High Court of The Hong Kong Special Administrative** **Region Court of First Instance** | $2,000,000.00 |
| Nature of claim | |
| Amount requested      $2,000,000.00 | |
| **Chinacast Education Corporation v. Guo, et al.** **15-CV-5475-AB-E** | $29,325,551.00 |
| Nature of claim | |
| Amount requested      $29,325,551.00 | |
| **Chinacast Education Corporation v. Yao, et al.** **16-CV-01016-RSWL-SS** | $4,000,000.00 |
| Nature of claim | |
| Amount requested      $4,000,000.00 | |
| **Chinacast Education Corporation v. Ron Chan Tze** **Ngon, Jiang Xiangyuan, Justin Tang, and Antonio Sena** **10063-VCL** | $2,000,000.00 |
| Nature of claim | |
| Amount requested      $2,000,000.00 | |
| **Judgment against Jiang Xiangyuan** | $123,800,000.00 |
| Nature of claim | |
| Amount requested      $123,800,000.00 | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                          | $540,083,987.30 |

          Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **ChinaCast Education Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86,360.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $519,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $540,083,987.30 | |
| 91. **Total.** Add lines 80 through 90 for each column | $540,689,347.30 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $540,689,347.30 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**ChinaCast Education Corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **ChinaCast Education Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Abbott Stillman** | ☐ Contingent | |
| | **30 Birchall Drive** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **CVR Principal December 2015** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Abbott Stillman** | ☐ Contingent | |
| | **30 Birchall Drive** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **CVR Principal June 2016** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|
| | **Abbott Stillman** | ■ Contingent | |
| | **30 Birchall Drive** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **CVR Priority Return December 2015** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Abbott Stillman** | ■ Contingent | |
| | **30 Birchall Drive** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **CVR Priority Return June 2016** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ChinaCast Education Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Alan Colner**
**26 Meadow Road**
**Scarsdale, NY 10583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$25,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Alejandro Puente**
**c/o The Rosen Law Firm PA**
**355 South Grand Avenue, Suite 2450**
**Los Angeles, CA 90071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Allen DeCotiis**
**19 Chestnut Street**
**Rhinebeck, NY 12572**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Allen DeCotiis**
**19 Chestnut Street**
**Rhinebeck, NY 12572**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$20,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Allen DeCotiis**
**19 Chestnut Street**
**Rhinebeck, NY 12572**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$30,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return June 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Allen DeCotiis**
**19 Chestnut Street**
**Rhinebeck, NY 12572**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$42,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Andrews & Springer LLC**
**3801 Kennett Pike**
**Building C, Suite 305**
**Wilmington, DE 19807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$23,485.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Anvil Investment Associates LP**
**1 Walker's Mill Road**
**Wilmington, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$213,333.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Ashford Capital Partners LP**
**1 Walker's Mill Road**
**Wilmington, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$29,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Ashford Capital Partners LP**
**1 Walker's Mill Road**
**Wilmington, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$584,608.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$450,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return June 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$450,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$356,667.00** |
|---|---|---|---|

**Columbia Pacific Opportunity Fund LP**
**1910 Fairview Avenue E**
**Suite 200**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,780.00** |
|---|---|---|---|

**Confidential Security & Investigations**
**1120 Avenue of the Americas**
**4th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Investigation services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Costa Brava Partnership III LP**
**c/o Pomerantz LLP, Attn: Marc I. Gross**
**600 Third Avenue 20th Floor**
**New York, NY 10016**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Securities Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Costa Brava Partnership III LP**
**c/o Pomerantz LLP, Jeremy A. Lieberman**
**600 Third Avenue 20th Floor**
**New York, NY 10016**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Securities Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Costa Brava Partnership III LP**
**c/o Pomerantz LLP, Patrick V Dahlstrom**
**10 South LaSalle Street,  Suite 3505**
**Chicago, IL 60603**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Securities Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Costa Brava Partnership III LP**
**c/o The Rosen Law Firm, Laurence Rosen**
**355 South Grand Avenue Suite 2450**
**Los Angeles, CA 90071**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Securities Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ChinaCast Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26**

Nonpriority creditor's name and mailing address
**Costa Brava Partnership III LP**
**c/o The Rosen Law Firm PA, Phillip Kim**
**275 Madison Avenue, 34th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.27**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hong Kong court costs, September 2014**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,806.00**

---

**3.29**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees (2011 - 2016)**

Is the claim subject to offset? ■ No  ☐ Yes

**$420,000.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.31**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**Daniel Tseung**
**303 Hennessy Road**
**Unit 903**
**Wanchai, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,750.00**

---

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ☐ No  ☐ Yes

**$10,000.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees (2011 - 2016)**

Is the claim subject to offset? ■ No  ☐ Yes

**$350,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll, CEO (Jan 2013 - Sept 2014)**

Is the claim subject to offset? ☐ No  ☐ Yes

**$630,000.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ☐ No  ☐ Yes

**$20,000.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ☐ No  ☐ Yes

**$20,000.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return June 2016**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

| Debtor | **ChinaCast Education Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,750.00**

**Derek Feng**
**953 9th Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Director fees (2011 - 2016)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payroll, CFO Jan 2013 - Sept 2014 CEO Oct 2014 - Oct 2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CVR  Priority Return October 2013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **CVR  Priority Return December 2015**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

**3.47**

Nonpriority creditor's name and mailing address
**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return June 2016**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.48**

Nonpriority creditor's name and mailing address
**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**$130,000.00**

**3.49**

Nonpriority creditor's name and mailing address
**Douglas Woodrum**
**5 Vista Real**
**Mill Valley, CA 94941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**$101,333.00**

**3.50**

Nonpriority creditor's name and mailing address
**Fir Tree Value Capital Opportunity Master Fund LP**
**55 West 46th Street, 29th Floor**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ■ No ☐ Yes

**$18,000.00**

**3.51**

Nonpriority creditor's name and mailing address
**Fir Tree Value Capital Opportunity Master Fund LP**
**55 West 46th Street, 29th Floor**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

**3.52**

Nonpriority creditor's name and mailing address
**Fir Tree Value Capital Opportunity Master Fund LP**
**55 West 46th Street, 29th Floor**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return December 2015**

Is the claim subject to offset? ■ No ☐ Yes

**$54,000.00**

**3.53**

Nonpriority creditor's name and mailing address
**Fir Tree Value Capital Opportunity Master Fund LP**
**55 West 46th Street, 29th Floor**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return June 2016**

Is the claim subject to offset? ■ No ☐ Yes

**$72,000.00**

| Debtor | ChinaCast Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194,239.00**

**Fir Tree Value Capital Opportunity Master Fund LP**
55 West 46th Street, 29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CVR Principal December 2015**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CVR Principal June 2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CVR Priority Return October 2013**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CVR Priority Return December 2015**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CVR Priority Return June 2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00**

**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ChinaCast Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.61** | Nonpriority creditor's name and mailing address
**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,098,187.00**

---

**3.62** | Nonpriority creditor's name and mailing address
**Fir Tree Value Master Fund, LP**
55 West 46th Street
29th Floor
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2011 Proxy costs**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,500,000.00**

---

**3.63** | Nonpriority creditor's name and mailing address
**Fried Frank Harris Shriver & Jacobson**
One New York Plaza
New York, NY 10004

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,996,483.00**

---

**3.64** | Nonpriority creditor's name and mailing address
**Harkness Trust**
1 Walker's Mill Road
Wilmington, DE 19807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return October 2013**

Is the claim subject to offset? ☐ No  ☐ Yes

**$30,000.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Harkness Trust**
1 Walker's Mill Road
Wilmington, DE 19807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,396.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Howard Berl Trust**
53 West Shore Road
Belvedere Tiburon, CA 94920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,250.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Jayhawk Private Equity Fund II LP**
c/o Pomerantz LLP, Jeremy A. Lieberman
600 Third Avenue 20th Floor
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ChinaCast Education Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.68** | Nonpriority creditor's name and mailing address

**Jayhawk Private Equity Fund II LP**
**The Rosen Law Firm PA, Laurence M. Rosen**
**355 South Grand Avenue, Suite 2450**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address

**Jayhawk Private Equity Fund II LP**
**c/o Pomerantz LLP, Marc I. Gross**
**600 Third Avenue 20th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address

**Jayhawk Private Equity Fund II LP**
**c/o Pomerantz LLP, Patrick V Dahlstrom**
**10 South LaSalle Street, Suite 3505**
**Chicago, IL 60603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address

**Jayhawk Private Equity Fund II LP**
**c/o The Rosen Law Firm PA**
**275 Madison Avenue, 34th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Securities Class Action**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address

**Lake Union Capital Fund LP**
**714 3rd Street South**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$30,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR  Priority Return October 2013**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address

**Lake Union Capital Fund LP**
**714 3rd Street South**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$256,197.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address

**Lake Union Capital TE Fund LP**
**714 3rd Street South**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$92,803.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ChinaCast Education Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.75** Nonpriority creditor's name and mailing address
Lois Tarter
2608 Strongs Drive
Venice, CA 90291

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$21,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

**3.76** Nonpriority creditor's name and mailing address
Meta-E Discovery LLC
93 River Street
Milford, CT 06460

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$21,765.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.77** Nonpriority creditor's name and mailing address
Michael Berl
250 West 99th Street
Apt. 1D
New York, NY 10025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$21,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**3.78** Nonpriority creditor's name and mailing address
Mischon de Reya
Summit House
12 Red Lion Square
London, England WCIR 4QD

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☐ No ☐ Yes

**3.79** Nonpriority creditor's name and mailing address
MRMP Managers LLC
151 Terrapin Point
Vero Beach, FL 32963

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$60,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ☐ No ☐ Yes

**3.80** Nonpriority creditor's name and mailing address
MRMP Managers LLC
151 Terrapin Point
Vero Beach, FL 32963

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ■ No ☐ Yes

**3.81** Nonpriority creditor's name and mailing address
MRMP Managers LLC
151 Terrapin Point
Vero Beach, FL 32963

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$80,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ChinaCast Education Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |
|---|---|---|---|

**MRMP Managers LLC**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return December 2015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**MRMP Managers LLC**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return June 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175,300.00** |
|---|---|---|---|

**MRMP Managers LLC**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420,000.00** |
|---|---|---|---|

**Ned Sherwood**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees (2011 - 2016)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00** |
|---|---|---|---|

**Ned Sherwood**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,833.00** |
|---|---|---|---|

**Ned Sherwood**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750,000.00** |
|---|---|---|---|

**Ned Sherwood**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2011 Proxy costs**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|
| | **Norton Rose Fulbright Hong Kong**<br>**1 Connaught Road**<br>**38/F Jardine House**<br>**Central Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Professional fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|
| | **Parcifal Partners LLC (Ken Rilander)**<br>**38 Brite Avenue**<br>**Scarsdale, NY 10583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Unpaid interest on loan to company for payment of surety for Hong Kong Litigation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __CVR Principal December 2015__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __CVR Principal June 2016__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __CVR Priority Return October 2013__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225,000.00** |
|---|---|---|---|
| | **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __CVR Priority Return December 2015__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225,000.00** |
|---|---|---|---|
| | **Park Financial Corporation**<br>**Jeff Swanson**<br>**4300 East Fifth Avenue**<br>**Columbus, OH 43219** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __CVR Priority Return June 2016__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Park Financial Corporation**
**Jeff Swanson**
**4300 East Fifth Avenue**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan to company for payment of surety for Hong Kong Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114,167.00** |
|---|---|---|---|

**Park Financial Corporation**
**Jeff Swanson**
**4300 East Fifth Avenue**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00** |
|---|---|---|---|

Peter Keane
2100 Cresent Avenue
Charlotte, NC 28207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,210.00** |
|---|---|---|---|

**Rajah & Tann Singapore LLP**
**9 Battery Road #25-01**
**Straits Trading Building**
**Singapore, 049910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,002.00** |
|---|---|---|---|

**Robins Kaplan LLP**
**601 Lexington Avenue**
**Suite 3400**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,535.00** |
|---|---|---|---|

**Robins Kaplan LLP**
**601 Lexington Avenue**
**Suite 3400**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CVR Principal December 2015**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.103** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal June 2016**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$20,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return December 2015**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return June 2016**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address
**Sanford Schwartz**
**5 Reinaissance Square**
**Apt. 22-G**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$27,083.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address
**Special Situations Cayman Fund LP**
**527 Madison Avenue**
**26th Floor**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$153,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ChinaCast Education Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Special Situations Fund III QP LP**
527 Madison Avenue
26th Floor
New York, NY 10022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$272,000.00**

---

**3.111** | Nonpriority creditor's name and mailing address
**Stamps Family Partnership III LP**
3725 Leafy Way
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,500.00**

---

**3.112** | Nonpriority creditor's name and mailing address
**Stephen Markscheid**
419 Washington Avenue
Wilmette, IL 60091

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Principal December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.113** | Nonpriority creditor's name and mailing address
**Stephen Markscheid**
419 Washington Avenue
Wilmette, IL 60091

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director fees (2011 - 2016)**

Is the claim subject to offset? ■ No  ☐ Yes

**$350,000.00**

---

**3.114** | Nonpriority creditor's name and mailing address
**Stephen Markscheid**
419 Washington Avenue
Wilmette, IL 60091

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return October 2013**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.115** | Nonpriority creditor's name and mailing address
**Stephen Markscheid**
419 Washington Avenue
Wilmette, IL 60091

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CVR Priority Return December 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.116** | Nonpriority creditor's name and mailing address
**Stephen Markscheid**
419 Washington Avenue
Wilmette, IL 60091

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid interest on loan to company for payment of surety for Hong Kong Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,250.00**

---

| Debtor | **ChinaCast Education Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,022.00 |
|---|---|---|---|

**Tanner DeWitt Solicitors**
**1806 Tower Two, Lippo Centre**
**89 Queensway**
**Central Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**ZS EDU LP**
**151 Terrapin Point**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CVR Priority Return October 2013__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 22,223,734.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 22,223,734.00 |

**Fill in this information to identify the case:**

Debtor name    **ChinaCast Education Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Compensation Agreement** | |
| State the term remaining | **Douglas Woodrum**<br>**5 Vista Real**<br>**Mill Valley, CA 94941** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ChinaCast Education Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

READ

**Fill in this information to identify the case:**

Debtor name    **ChinaCast Education Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2016**        X **/s/ Douglas Woodrum**
                                              Signature of individual signing on behalf of debtor

                                              **Douglas Woodrum**
                                              Printed name

                                              **Chief Financial Officer**
                                              Position or relationship to debtor